Order, Supreme Court, New York County (George J. Silver, J.), entered January 18, 2017, which denied defendant’s motion to dismiss the action on the ground that plaintiff did not serve a timely notice of claim, unanimously affirmed, without costs.
 

 Supreme Court correctly found that the CPLR 208 toll did not terminate upon the appointment of the article 81 guardian (see Henry v City of New York, 94 NY2d 275 [1999]; Giannicos v Bellevue Hosp. Med. Ctr., 42 AD3d 379 [1st Dept 2007]; Costello v North Shore Univ. Hosp. Ctr. for Extended Care & Rehabilitation, 273 AD2d 190 [2d Dept 2000]). The 90-day period to serve the notice of claim was not extended by the CPLR 208 toll (see Yessenia D. v New York City Health & Hosps. Corp., 139 AD3d 454 [1st Dept 2016]). However the 90-day period was tolled in this case by the continuous treatment doctrine.
 

 Concur — Renwick, J.P., Mazzarelli, Oing and Singh, JJ.